# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RYAN KARNOSKI, *et al.*, <br><br> *Plaintiffs*, and <br><br> State of Washington, <br><br> *Plaintiff-Intervener*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. <br><br> CASE NO. 2:17-CV-01297-MJP <br><br> WESTERN DISTRICT OF WASHINGTON | CASE NO. 2:18-MC-51013 <br> Hon. Nancy G. Edmunds <br> Magistrate Judge Elizabeth A. Stafford |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND TO <u>COURT'S ORDER FOR RESPONSE (ECF NO. 66)</u>

Upon considering Plaintiffs' Unopposed Request for Extension of Time to Respond to Court's Order for Response (ECF No. 66), it is hereby **ORDERED** that Plaintiffs' Request for Extension of Time is **GRANTED**. Plaintiffs may submit their response to the Court's Order for Response (ECF No. 66) by Friday, November 22, 2019.

Dated: November 12, 2019            <u>s/ Nancy G. Edmunds</u>_____
                                                                   Hon. Nancy G. Edmunds
                                                                   United States District Judge